U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 2 2005

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHESTER MARVIN PORTS AND DOROTHY D. PORTS | CIVIL ACTION NO. 03-1453 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CIRCLE K STORES, INC. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

This matter is before the Court on Defendant Circle K Stores, Inc.'s ("Circle K") Motion for Summary Judgment (Doc. 15). Circle K moved for summary judgment on Plaintiffs Chester Marvin Ports' and Dorothy D. Ports' claims that they are entitled to damages resulting from Chester Marvin Ports' June 27, 2002 fall on the premises of the Circle K convenience store located at 761 Pierremont Road in Shreveport, Louisiana. After reviewing the entire record, the Court finds that there are no genuine issues of material fact in dispute, and that summary judgment is proper as to Plaintiffs Chester Marvin Ports' and Dorothy D. Ports' claims as a matter of fact and law.

Therefore:

**IT IS ORDERED** that Defendant Circle K Stores, Inc.'s Motion for Summary Judgment (Doc. 15) shall be **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs Chester Marvin Ports' and Dorothy D. Ports' claims are **DISMISSED WITH PREJUDICE**.

Shreveport, Louisiana, July 22, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE